

Department of State   /   Division of Corporations   /   Search Records   /   Search by Entity Name   /

## Detail by Entity Name

Florida Limited Liability Company
DON'T TREAD ON US, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L23000030342 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 01/17/2023 |
| **Effective Date** | 01/17/2023 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

19450 SW 167 AVE.
MIAMI, FL 33187

**Mailing Address**

19450 SW 167 AVE.
MIAMI, FL 33187

**Registered Agent Name & Address**

BECK, ELIZABETH
19450 SW 167 AVE.
MIAMI, FL 33187

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

BECK, ELIZABETH
19450 SW 167 AVE.
MIAMI, FL 33187

Title MGR

BECK, JARED
19450 SW 167 AVE.
MIAMI, FL 33187

**Annual Reports**

No Annual Reports Filed

**Document Images**

01/17/2023 -- Florida Limited Liability | View image in PDF format

Florida Department of State, Division of Corporations

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L230000
FILED 8:
January
Sec. Of :
oisimmons

## Article I

The name of the Limited Liability Company is:

DON'T TREAD ON US, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

19450 SW 167 AVE.
MIAMI, FL. US  33187

The mailing address of the Limited Liability Company is:

19450 SW 167 AVE.
MIAMI, FL. US  33187

## Article III

The name and Florida street address of the registered agent is:

ELIZABETH  BECK
19450 SW 167 AVE.
MIAMI, FL.   33187

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   ELIZABETH BECK

## Article IV

The name and address of person(s) authorized to manage LLC:

    Title:   MGR
ELIZABETH  BECK
19450 SW 167 AVE.
MIAMI, FL.   33187  US

    Title:   MGR
JARED  BECK
19450 SW 167 AVE.
MIAMI, FL.   33187  US

L230000
FILED 8:
January
Sec. Of
oisimmons

## Article V

The effective date for this Limited Liability Company shall be:

    01/17/2023

Signature of member or an authorized representative

Electronic Signature: ELIZABETH LEE BECK

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.





| Address | Owner Name | Subdivision Name | Folio |

**SEARCH:** 19450 sw 167 avenue | Suite | 🔍 | Back to Search Results

## PROPERTY INFORMATION

**Folio:** 30-6906-000-0270

**Sub-Division:**

**Property Address**
19450 SW 167 AVE

**Owner**
JARED H BECK
ELIZABETH L BECK

**Mailing Address**
19450 SW 167 AVE
MIAMI, FL 33187

**PA Primary Zone**
9000 AGRICULTURE

**Primary Land Use**
5001 IMPR AGRI : RESIDENTIAL - SINGLE FAMILY

| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 2 |
| Living Units | 1 |
| Actual Area | 3,062 Sq.Ft |
| Living Area | 2,336 Sq.Ft |
| Adjusted Area | 2,580 Sq.Ft |
| Lot Size | 324,957.6 Sq.Ft |
| Year Built | 1980 |



### Featured Online Tools

| Comparable Sales | Glossary | PA Additional Online Tools |
| Property Record Cards | Property Search Help | Property Taxes |
| Report Discrepancies | Report Homestead Fraud | Special Taxing Districts and Other Non-Ad valorem Assessments |
| Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | | |

## ASSESSMENT INFORMATION

| Year | 2022 | 2021 | 2020 |
|---|---:|---:|---:|
| Land Value | $447,600 | $373,000 | $373,000 |
| Building Value | $223,794 | $172,757 | $174,916 |
| Extra Feature Value | $27,268 | $27,646 | $28,023 |
| Market Value | $698,662 | $573,403 | $575,939 |
| Assessed Value | $203,008 | $197,624 | $195,146 |

## TAXABLE VALUE INFORMATION

| | 2022 | 2021 | 2020 |
|---|---:|---:|---:|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $153,008 | $147,624 | $145,146 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $178,008 | $172,624 | $170,146 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $153,008 | $147,624 | $145,146 |

## BENEFITS INFORMATION

| Benefit | Type | 2022 | 2021 | 2020 |
|---|---|---:|---:|---:|
| Agriculture | Classified Value | $416,875 | $344,375 | $344,375 |
| Save Our Homes Cap | Assessment Reduction | $78,779 | $31,404 | $36,418 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

6 56 39 7.46 AC M/L

N1/2 OF S1/2 OF NE1/4 OF SE1/4

LESS E40FT FOR R/W ALL LYG N

OF C 102 1 CANAL R/W

OR 18852- 4634 1099 1

COC 23788-4933 26243-0269 0805 1

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 |
|---|---:|---|---|---|
| 07/20/2012 | $600,000 | 28242-1501 | Qual by exam of deed | MICHAEL A CARRICARTE |
| 07/20/2012 | $100 | 28242-1499 | Corrective, tax or QCD; min consideration | ANDREW L CARRICARTE |
| 01/05/2012 | $100 | 27990-4006 | Corrective, tax or QCD; min consideration | ANDREW L CARRICARTE |
| 08/01/2006 | $100 | 24814-1945 | Sales which are disqualified as a result of examination of the deed | ALCA MIAMI GROVES CORP |

| | | | |
|---|---|---|---|
| 08/01/2005 | $830,000 | 23788-4933 | Sales which are qualified |
| 10/01/1999 | $450,000 | 18852-4634 | Sales which are qualified |
| 03/01/1979 | $139,500 | 10335-2392 | Sales which are qualified |

For more information about the Department of Revenue's Sales Qualification Codes.

| 2022 | 2021 | 2020 |

## LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | AU | 9000 - AGRICULTURE | Acres | 0.21 | $12,600 |
| FRUITS/GROVES | AU | 9000 - AGRICULTURE | Acres | 5.72 | $14,300 |
| FRUITS/GROVES | AU | 9000 - AGRICULTURE | Acres | 1.53 | $3,825 |

## BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1980 | 3,062 | 2,336 | 2,580 | $223,794 |

Current Building Sketches Available

## EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Chain-link Fence 6-7 ft high | 2014 | 125 | $1,663 |
| Wood Fence | 2006 | 170 | $2,366 |
| Patio - Concrete Slab | 1991 | 505 | $1,414 |
| Pool 6' res BETTER 3-8' dpth, tile 250-649 sf | 1991 | 1 | $21,000 |
| Chain-link Fence 4-5 ft high | 1985 | 125 | $825 |

## ADDITIONAL INFORMATION

* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| **Community Development District:** | NONE | **Community Redevelopment Area:** | NONE |
| **Empowerment Zone:** | NONE | **Enterprise Zone:** | NONE |
| **Urban Development:** | OUTSIDE URBAN DEVELOPMENT BOUNDARY | **Zoning Code:** | AU - AGRICULTURAL / RESIDENTIAL 5 ACRES GROSS |
| **Existing Land Use:** | 710 - GROVES. | | |
| | | Government Agencies and Community Services | |

### OTHER GOVERNMENTAL JURISDICTIONS

| | | |
|---|---|---|
| Business Incentives | Childrens Trust | Environmental Considerations |
| Florida Inland Navigation District | Miami-Dade County | PA Bulletin Board |
| Special Taxing District and Other Non-Ad valorem Assessment | School Board | South Florida Water Mgmt District |
| | Tax Collector | |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.0.3

### EXEMPTIONS & BENEFITS

Deployed Military

Disability Exemptions

Homestead

Institutional

Senior Citizens

More >

### REAL ESTATE

40 Yr Building Re-Certification

Appealing Your Assessment

Defective Drywall

Folio Numbers

Mortgage Fraud

More >

### TANGIBLE PERSONAL PROPERTY

Appealing your Assessment

Assessment Information Search

Exemptions

Extension Requests

Filing Returns

More >

### PUBLIC RECORDS

Address Blocking

Change of Name

Change of Address

Change of Ownership & Title

Declaration of Condominium

More >

### ONLINE TOOLS

Property Search

Property Sales

Tax Estimator

Tax Comparison

Homestead Exemption and Portability

More >

### TAX ROLL ADMINISTRATION

Appealing your Assessment

Reports

More >

Home | Privacy Statement | Disclaimer | About Us | ADA Notice | Contact Us



© 2014 Miami-Dade County. All rights reserved.