UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Case 1:23-cv-20943-KMM MOORE/LOUIS

DON'T TREAD ON US, LLC, a Florida limited liability company,

   Plaintiff,

v.

TWITTER, INC. a Delaware corporation,

   Defendant.

## TWITTER, INC.'S RULE 7.1 DISCLOSURE STATEMENT

  Defendant Twitter, Inc., pursuant to Federal Rule of Civil Procedure 7.1 and through undersigned counsel, hereby files its Disclosure statement, and states as follows: Twitter, Inc. is a wholly owned subsidiary of X Holdings I, Inc., a privately held corporation. No publicly held corporation owns 10% or more of Twitter's stock.

            Respectfully submitted,

            */s/ Joshua C. Webb*
            Joshua C. Webb (FBN: 051679)
            josh.webb@hwhlaw.com
            val@hwhlaw.com
            HILL, WARD & HENDERSON, P.A.
            101 E Kennedy Blvd., Suite 3700
            Post Office Box 2231
            Tampa, Florida 33601
            (813) 221-3900 (Telephone)
            (813) 221-2900 (Facsimile)
            *Attorneys for Defendant*