UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-20943-KMM MOORE/LOUIS

DON'T TREAD ON US, LLC,

    Plaintiff,

vs.

TWITTER, INC.,

    Defendant.
_____/

**PLAINTIFF DON'T TREAD ON US, LLC'S**
<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

Plaintiff, DON'T TREAD ON US, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 7.1, by and through undersigned counsel, hereby files its Disclosure Statement, and states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

DATED: March 28, 2023        RESPECTFULLY SUBMITTED,

                                                  /s/ Jared H. Beck
                                      By: Jared H. Beck

                                      **BECK & LEE TRIAL LAWYERS**
                                      JARED H. BECK
                                      Florida Bar No. 20695
                                      ELIZABETH LEE BECK
                                      Florida Bar No. 20697
                                      8306 Mills Drive # 248
                                      Miami, Florida 33183
                                      Telephone:    (305) 789-0072
                                      Facsimile:    (786) 664-3334
                                      jared@beckandlee.com
                                      elizabeth@beckandlee.com

                                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2023, I electronically filed the foregoing

*PLAINTIFF DON'T TREAD ON US, LLC'S RULE 7.1 DISCLOSURE STATEMENT*

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document(s) are being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jared H. Beck
Jared H. Beck