UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-20943-KMM MOORE/LOUIS

DON'T TREAD ON US, LLC,

     Plaintiff,

vs.

TWITTER, INC.,

     Defendant.

_____/

**DECLARATION OF JARED BECK IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND**

1.      My name is Jared Beck.  I am over the age of eighteen (18) years, and if called upon to testify, I could do so based on my personal knowledge of the following facts, which facts are true.

2.      I am a co-managing partner of Beck & Lee P.A. ("Beck & Lee"), which is counsel to Plaintiff Don't Tread On Us, LLC ("Plaintiff") in this action.  I make this declaration in support of Plaintiff's Motion to Remand Based on Lack of Subject-Matter Jurisdiction and Request for Attorneys' Fees and Costs Caused By Improvident Removal.

3.      Attached hereto as **Exhibit A** and **Exhibit B** are true and correct copies of email correspondence sent by Beck & Lee to Defendant Twitter Inc.'s ("Twitter's") outside counsel, Quinn Emanuel Urquhart & Sullivan, LLP, seeking reinstatement of the Twitter accounts at issue in this case prior to the filing of the complaint.

4.      Plaintiff has never demanded any monetary amount from Twitter.

5.      Twitter and its counsel have never sought to confer with Plaintiff regarding the monetary value of its claim, either prior to removing the case to federal court or at any time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2023


/s/ Jared Beck_____
Jared Beck

# Exhibit A

**From:**          jared@beckandlee.com
**Sent:**          Friday, October 28, 2022 7:02 PM
**To:**            johnquinn@quinnemanuel.com
**Cc:**            'Elizabeth Lee Beck, Esq.'
**Subject:**       Elon Musk/Twitter
**Attachments:**   Twitter Suspends Jared Beck, Attorney For Plaintiffs In DNC Fraud Lawsuit - Disobedient Media.html

Dear John,

I hope this email finds you well.  I am writing in the hope you may convey a message to your client, Mr. Musk.

I just read that Twitter restored Kanye West's account, in line with Mr. Musk's stated goal of making Twitter "a common digital town square, where a wide range of beliefs can be debated in a healthy manner[.]"

You may not be aware of this John, but both Elizabeth and I were permanently suspended by Twitter in early January 2019.   Twitter exiled us for pure political speech – tweets critical of Vice President Kamala Harris's candidacy.  At the time, Harris's former press secretary, Nick Pacilio, was a senior communications manager at Twitter.  More details about my suspension can be found in the attached article.

I had over 25,000 followers and Elizabeth around 10,000.  We were easily among the most-followed lawyers in the country at the time, and we regularly leveraged our use of the platform to help deliver an out-sized impact for clients of our small firm.  Since being suspended, we both have been maligned, slandered, doxxed, abused, and attacked on Twitter with zero ability to even respond.

Your client appears to be of a different mind than Twitter's previous operators so it made sense to reach out, given our own connection.  Can we talk about this? Elizabeth happens to be in LA for a Korean lawyer conference through Monday if you want to meet in person.  Please let me know.

Thank you and all the best,
Jared

JARED H. BECK, ESQ. | Beck & Lee Trial Lawyers
8306 Mills Drive #248
Miami, Florida 33183
305-234-2060 Office | 786-664-3334 Fax

archive.today
webpage capture

Saved from https://disobedientmedia.com/2019/01/twitter-suspends-jared-beck-attorney-    search

All snapshots from host disobedientmedia.com

31 Jan 2019 01:05:34 UTC

⏱ history  ← prior  next→

| Webpage | Screenshot |

⟲ share   ⤓ download .zip   ⚐ report bug or abuse   ♥ donate

## Disobedient Media
Truth has no bias

🔍 Front Page    Global Chess ⌄    American Affairs ⌄    Media & Tech ⌄    About Us ⌄

Home    American Affairs    US Politics    Twitter Suspends Jared Beck, Attorney For Plaintiffs In DNC Fraud Lawsuit

# Twitter Suspends Jared Beck, Attorney For Plaintiffs In DNC Fraud Lawsuit

Search …    🔍

**Recently Added**

> Twitter Suspends Jared Beck, Attorney For Plaintiffs In DNC Fraud Lawsuit

> 'Media Bias Fact Check' Smears WikiLeaks, Supports Western Propaganda Machine

> Tim Canova: Important Update On Our Election Challenge Case

> Death Of Russiagate: Mueller Team Tied To Mifsud's Network

> Integrity Initiative And Affiliates Behind Multiple

**Trending Now**

> Death Of Russiagate: Mueller Team Tied To Mifsud's Network
17,000 views | posted 1 week ago

> British Intelligence Infiltrates Voice of Europe Media Outlet
5,500 views | posted 4 weeks ago

> Opinion: In A Sane World Brenda Snipes Would Be In Prison, Not Reinstated
2,700 views | posted 3 weeks ago

> Tim Canova: Important Update On Our Election Challenge Case
2,300 views | posted 1 week ago

> Integrity Initiative And Affiliates Behind Multiple Attacks On Disobedient Media
1,400 views | posted 2 weeks ago

**Subscribe to our mailing list for daily updates and important announcements!**

**First name**

**Last name**



🕑 January 30, 2019  👤 Elizabeth Vos

Earlier today, Twitter suspended the account of Jared Beck, an attorney representing the plaintiffs in the DNC Fraud Lawsuit. Disobedient Media has consistently covered the ongoing litigation of the suit, which has resulted in questions regarding a number of deaths, bizarre phone calls, and other unusual occurrences.

The historical significance of the Beck's suit against the DNC and former DNC Chair Debbie Wasserman-Schultz cannot be overstated, as it confronts the heart of the actual election-rigging from which the entire Russiagate scandal was constructed to deflect. Despite this – or because of it – the lawsuit has gained remarkably sparse corporate media coverage.

The suit has forced the DNC's counsel to admit a number of shocking stances, including statements suggesting that the party had every right to choose candidates in back rooms, and even that election-rigging is protected by the first amendment. DNC counsel had the gall to argue:

"... To recognize any of the causes of action that Plaintiffs allege based on their animating theory would run directly contrary to long-standing Supreme Court precedent recognizing the central and critical First Amendment rights enjoyed by political parties, especially when it comes to selecting the party's nominee for public office."

Wasserman-Schultz, we remind our readers, has been a central figure across multiple election integrity and corruption scandals, including the still-unprosecuted Awan scandal, the cheating of Bernie Sanders in the 2016 Democratic Primary, alleged voice-modulated calls left at the offices of the Becks, which included the phrase "Okey-dokey," likely involvement in the overt rigging of the 2018 midterm race for Florida's 23rd district, and more. Wasserman-Schultz also publicly embraced a Floridian democrat who openly offered to shoot Julian Assange and Edward Snowden.

One might forgive the Becks for venting their stress and anger on social media, when facing off with such a shamelessly corrupt individual and party, within a judicial system that appears doomed to fail its obligations to uphold the rule of law.

At the time of writing, the specific Tweet(s) which resulted in Beck's suspension are unknown. Beck has proven himself a fierce critic of the establishment status-quo on Twitter, where in recent days he has openly mocked the presidential bid of Kamala Harris. He has been far from the only voice to raise concerns regarding Harris's candidacy.

Disobedient Media has repeatedly covered mounting censorship across Twitter and other social media platforms.

While many may strongly disagree with some or all of Beck's social media statements, it must be remembered that Beck represents not only the plaintiffs in a historic lawsuit, but a unique and unvarnished anti-establishment voice. One can disagree with someone on social media without advocating for their voice to be removed from a conversation entirely.

Disobedient Media will continue to report on this story as it develops.

**Share this:**

Tweet        

**Related**

 BREAKING: DNC Lawsuit Attorneys File Notice Of

 DNC Lawsuit Attorneys Report Receiving New

 Lawyers For The DNC Argue That Primary Rigging

**Email Address**

Subscribe

**Archives**

> January 2019
> December 2018
> November 2018
> October 2018
> September 2018
> August 2018
> July 2018
> June 2018
> May 2018
> April 2018
> March 2018
> February 2018
> January 2018
> December 2017
> November 2017
> October 2017
> September 2017
> August 2017
> July 2017
> June 2017
> May 2017
> April 2017
> March 2017
> February 2017
> January 2017

Attorneys File Notice Of
Appeal          Elizabeth Vos
                Co-founder/Law Editor in
BREAKING: DNC Lawsuit
Attorneys File Notice Of
Appeal
September 8, 2017
In "American Affairs"

Report Receiving New
Ominous Phone Calls
DNC Lawsuit Attorneys
Report Receiving New
Ominous Phone Calls
June 2, 2017
In "American Affairs"

Argue That Primary Rigging
Is Protected By The First
Amendment
Lawyers For The DNC
Argue That Primary Rigging
Is Protected By The First
Amendment
February 24, 2018

Similar post

**Have a question? Send us an email!**

| **P**opular Categories

✉ Censorship, Corruption, Culture, Media & Tech, Social Media, US Politics     🏷 Censorship, corruption,
Debbie Wasserman Schultz, DNC, DNC fraud lawsuit, Elizabeth Lee Beck, Jared Beck, Social Media, Twitter

your.email@protonmail.com

›   American Affairs

›   Europe

›   Media & Tech

›   Around the Web

Copyright © 2019 Disobedient Media  Theme: Flash by ThemeGrill. Proudly powered by WordPress   •   Front Page   •   News Navigator   •   Meet The Team   •   Contact Form

# Exhibit B

**Elizabeth Lee Beck, Esq.**
_____

| | |
|---|---|
| **From:** | Elizabeth Lee Beck, Esq. <elizabeth@beckandlee.com> |
| **Sent:** | Tuesday, January 17, 2023 12:37 PM |
| **To:** | 'John Quinn'; 'alexspiro@quinnemanuel.com' |
| **Cc:** | 'jared@beckandlee.com' |
| **Subject:** | DTOU v. Twitter |
| **Attachments:** | DTOU v. Twitter Compl.pdf |

Hello Gentlemen,

The attached will be filed against your client in **three days** unless the situation is rectified!

Best regards and Happy New Year,


\*\*\*\*\*\*\*\*\*\*\*\*

ELIZABETH LEE BECK, ESQ. | Beck & Lee Trial Lawyers
Mailing address: 8306 Mills Dr., #248 | Miami, FL 33183
305-234-2060 Office | 305-968-3426 Cell
elizabeth@beckandlee.com | www.beckandlee.com


============================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above.  If you are not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this communication is strictly
prohibited.  If you have received this communication in error, please contact
the sender by reply e-mail and destroy all copies of the original message.
============================================

---

**From:** John Quinn <johnquinn@quinnemanuel.com>
**Sent:** Friday, November 18, 2022 10:16 PM
**To:** jared@beckandlee.com; 'Elizabeth Lee Beck, Esq.' <elizabeth@beckandlee.com>
**Subject:** Re: Elon Musk/Twitter

I have forwarded

John B. Quinn

**Quinn Emanuel Urquhart & Sullivan LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Mobile/WhatsApp: 213-327-8182
E-mail:  johnquinn@quinnemanuel.com
Web:     www.quinnemanuel.com
Twitter:  @jbqlaw
Podcast: www.law-disrupted.fm
Web:     www.johnbquinn.com

*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers and musicians of the army."*

*David Hume*

---

**From:** jared@beckandlee.com <jared@beckandlee.com>
**Sent:** Saturday, November 19, 2022 2:02:07 AM
**To:** 'John Quinn' <johnquinn@quinnemanuel.com>; 'Elizabeth Lee Beck, Esq.' <elizabeth@beckandlee.com>
**Subject:** RE: Elon Musk/Twitter

**[EXTERNAL EMAIL from jared@beckandlee.com]**

---

Really don't understand why you can't forward a simple request to your team member(s) advising Musk.

https://www.cnn.com/2022/11/18/tech/elon-musk-twitter-content-policy/index.html

---

**From:** John Quinn <johnquinn@quinnemanuel.com>
**Sent:** Saturday, November 5, 2022 11:50 AM
**To:** Elizabeth Lee Beck, Esq. <elizabeth@beckandlee.com>
**Cc:** jared@beckandlee.com
**Subject:** Re: Elon Musk/Twitter

No.  We have no such authorization.  We're just outside lawyers.


**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:          213-443-3000
Mobile/WhatsApp:  213-327-8182
E-mail:              johnquinn@quinnemanuel.com
Web:                www.quinnemanuel.com
Twitter:            @jbqlaw
Podcast:            www.law-disrupted.fm
Web:                www.johnbquinn.com

*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers and musicians of the army."*

*David Hume*


On Nov 5, 2022, at 8:42 AM, Elizabeth Lee Beck, Esq. <elizabeth@beckandlee.com> wrote:


Huh. Ok.

Can your firm accept service, then?

*****

Elizabeth Lee Beck, Esq.
Beck & Lee Trial Lawyers
Miami, Florida, USA
(305) 234-2060 office
(305) 968-3426 cell


-------- Original message --------
From: John Quinn <johnquinn@quinnemanuel.com>
Date: 11/5/22 11:08 AM (GMT-05:00)
To: "Elizabeth Lee Beck, Esq." <elizabeth@beckandlee.com>
Cc: jared@beckandlee.com
Subject: Re: Elon Musk/Twitter

Eliz, Jared, all i know about this is the newspaper articles that says there will be no changes until they set up some policy committee.  I dont have any insights into this.  And i dont talk to musk or anyone at twitter.


**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:        213-443-3000
Mobile/WhatsApp:  213-327-8182
E-mail:           johnquinn@quinnemanuel.com
Web:              www.quinnemanuel.com
Twitter:          @jbqlaw
Podcast:          www.law-disrupted.fm
Web:              www.johnbquinn.com

*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers and musicians of the army."*

*David Hume*


On Nov 5, 2022, at 5:43 AM, Elizabeth Lee Beck, Esq. <elizabeth@beckandlee.com> wrote:

**[EXTERNAL EMAIL from elizabeth@beckandlee.com]**

Hey Liz, it doesn't look like quin even responded to my email. Please send him a demand letter

On Oct 28, 2022 7:02 PM, jared@beckandlee.com wrote:

Dear John,

I hope this email finds you well.  I am writing in the hope you may convey a message to your client, Mr. Musk.

I just read that Twitter restored Kanye West's account, in line with Mr. Musk's stated goal of making Twitter "a common digital town square, where a wide range of beliefs can be debated in a healthy manner[.]"

You may not be aware of this John, but both Elizabeth and I were permanently suspended by Twitter in early January 2019.   Twitter exiled us for pure political speech – tweets critical of Vice President Kamala Harris's candidacy.  At the time, Harris's former press secretary, Nick Pacilio, was a senior communications manager at Twitter.  More details about my suspension can be found in the attached article.

I had over 25,000 followers and Elizabeth around 10,000.  We were easily among the most-followed lawyers in the country at the time, and we regularly leveraged our use of the platform to help deliver an out-sized impact for clients of our small firm.  Since being suspended, we both have been maligned, slandered, doxxed, abused, and attacked on Twitter with zero ability to even respond.

Your client appears to be of a different mind than Twitter's previous operators so it made sense to reach out, given our own connection.  Can we talk about this? Elizabeth happens to be in LA for a Korean lawyer conference through Monday if you want to meet in person.  Please let me know.

Thank you and all the best,

Jared


JARED H. BECK, ESQ. | Beck & Lee Trial Lawyers

8306 Mills Drive #248

Miami, Florida 33183

305-234-2060 Office | 786-664-3334 Fax

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CIVIL DIVISION

CASE NO.

DON'T TREAD ON US, LLC, a Florida
limited liability company,

      Plaintiff,

v.

TWITTER, INC., a Delaware corporation,

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL



      Plaintiff, DON'T TREAD ON US, LLC ("Plaintiff"), by and through undersigned

counsel, hereby sues Defendant, TWITTER, INC. ("Defendant" or "Twitter"), and alleges the

following:

## GENERAL ALLEGATIONS OF FACT

      1.     On October 27, 2022, billionaire Elon Musk acquired social media service

Twitter.  Shortly thereafter, Musk explained his purchase of the "digital town square" was

motivated by concerns that Twitter was increasingly suppressing free speech.  Upon naming himself CEO, Musk promptly restored several high-profile accounts that had been suspended, including former President Donald Trump, the Babylon Bee, Andrew Tate, and Project Veritas. On November 24, 2022, after conducting a user poll, Musk offered "**a general amnesty to suspended accounts, provided that they have not broken the law or engaged in egregious spam[.**]"  Musk tweeted, "**The people have spoken.  Amnesty begins next week.  Vox Populi, Vox Dei**."

2.      In addition to unsuspending accounts and granting general amnesty, Musk's agenda as owner and CEO of Twitter has revealed the extraordinary extent of censorship and speech suppression engaged in by the company's prior management.  To this end, on December 2, 2022, Musk, through various journalists, began releasing the Twitter Files.  Published in installments, the Twitter Files have exposed intense coordination between Twitter and various government agencies including the FBI, CIA, and Department of Defense as well as the Democratic National Committee ("DNC") to censor discourse on the platform around various public issues including the 2020 presidential election, the Hunter Biden laptop controversy, and Covid-19.  As one of the Twitter Files journalists, Matt Taibbi, tweeted on January 3, 2023, in connection with a request by Democratic congressman Adam Schiff to ban journalist Paul Sperry, Twitter "received an astonishing variety of requests from officials asking for individuals they didn't like to be banned."

3.      Bafflingly, however, while Twitter's new policy has resulted in the restoration of numerous accounts, many of which, like Sperry's, were targeted for censorship due to the expression of views critical of the Democratic Party or its candidates, two of the most obvious

victims of Twitter's censorship campaign on behalf of the DNC have yet to be restored: Jared H. Beck ("Mr. Beck") and Elizabeth Lee Beck ("Mrs. Beck").

4.       Mr. and Mrs. Beck are married attorneys who have been practicing civil litigation in Miami, Florida through their law office, Beck & Lee Trial Lawyers ("Beck & Lee"), since 2007.  They are graduates of Harvard and Yale Law Schools, respectively.  Before starting Beck & Lee, Mr. Beck practiced at Quinn Emanuel in Los Angeles and Morgan Lewis & Bockius in Miami.  Mrs. Beck worked for Quinn Emanuel in Los Angeles and Coffey Burlington in Miami. Beck & Lee's practice runs the gamut of civil matters, including complex business disputes, real estate litigation, medical malpractice lawsuits, and nationwide antitrust and consumer class actions.

5.       Beck & Lee initially built its reputation by successfully litigating hundreds of claims on behalf of real estate investors arising out of the Great Recession of 2007-09 and the associated real estate market crash.   Several of those claims involved the abandoned Trump International Hotel & Tower project in Fort Lauderdale, which resulted in a jury trial in Broward County state court against Donald Trump in 2014.  Beck & Lee's litigation against Trump later garnered intense national and international media attention during his 2016 presidential campaign due to an angry sexist tirade by Trump against Mrs. Beck at his 2011 deposition, whereupon a red-faced Trump stormed out of the room.  *See* Jeremy Diamond, *Lawyer: Donald Trump called me 'disgusting' for request to pump breast milk*, CNN (July 29, 2015), *available at* https://www.cnn.com/2015/07/29/politics/trump-breast-pump-statement/index.html (last visited Jan. 1, 2023).

6.       Mrs. Beck was interviewed regarding Trump's conduct by, among others, the New York Times, CNN, and MSNBC.  Portions of her CNN interview were replayed by the

DNC at its July 2016 national convention as part of a video presentation titled "Trump in His Own Words: Women in the Workplace." (The presentation is available on YouTube at https://www.youtube.com/watch?v=9dQyauLUGQs (last visited Jan. 1, 2023)). (Trump swiftly lashed out against Mrs. Beck, maligning her in the press as a "whack-job," "crazy," "vicious, horrible person," and falsely asserting that "she wanted to breast-pump in front of me.").[1]

7.      In an ironic twist, at the very moment the DNC was projecting Mrs. Beck's personal experience with Trump at its national convention in Philadelphia to persuade voters to elect Hillary Clinton, Beck & Lee was battling the DNC in a federal courtroom in Fort Lauderdale on behalf of supporters of Clinton's principal challenger for the Democratic nomination, Bernie Sanders. At the time, Mr. and Mrs. Beck were ardent supporters of Sanders and donors to his campaign. On June 28, 2016, just under a month before the convention, Beck & Lee filed a class action on behalf of 120 named Sanders supporters. The lawsuit, which named as defendants the DNC's body corporate and chairwoman Deborah Wasserman Schultz, asserted that the DNC and Wasserman Schultz had violated the DNC's charter obligation to "maintain impartiality and evenhandedness during the Democratic Party nominating process." Art. 5, § 4 of the Charter of the Democratic Party of the United States. The legal claims were based on the DNC's internal documents – the authenticity of which the DNC has never contested, and which were released into the public domain by Guccifer 2.0 and later Wikileaks – that show, beyond dispute, that the DNC favored and devoted considerable resources to

---

[1]      *See* David Martosko, *EXCLUSIVE: Donald Trump hammers 'whack-job' attorney who once tried to pump breast milk while he gave a legal deposition, saying he 'knocked her out of the box' on Twitter,* DailyMail.com (July 29, 2015), *available at* https://www.dailymail.co.uk/news/article-3179223/Donald-Trump-hammers-whack-job-attorney-tried-pump-breast-milk-gave-legal-deposition-saying-knocked-box-Twitter.html (last visited Aug. 5, 2021); *Donald Trump: Elizabeth Beck is a 'horrible person*,' CNN.com (July 29, 2015), *available at* https://www.cnn.com/videos/politics/2015/07/29/donald-trump-elizabeth-beck-dana-bash-interview.cnn (last visited Jan. 3, 2023).

Clinton's campaign for the Democratic presidential nomination while undermining Sanders.  In the immediate aftermath of the WikiLeaks release, Wasserman Schultz and three additional DNC officers resigned.

8.      The "DNC Fraud Lawsuit," as it became known on social media and in mainstream and alternative news publications, was ultimately dismissed based on lack of standing, a decision upheld by the Eleventh Circuit in a 29-page published opinion from which the U.S. Supreme Court denied certiorari relief.  *See Wilding v. DNC Servs. Corp.*, 941 F.3d 1116 (11th Cir. 2019), *cert. denied by Wilding v. DNC Servs. Corp.*, 140 S.Ct. (2020).  While it did not result in a positive judgment for the plaintiffs, the case did achieve a large measure of success in other respects.  First, during the district court proceedings, the plaintiffs obtained a critical admission from the DNC in open court when the defendants' lead counsel acknowledged under questioning from Judge William Zloch that his clients believed they had the legal right to rig the primary elections.  *See Wilding v. DNC Servs. Corp.*, Transcript of Motion Hearing (Apr. 25, 2017) at 36:21-25 (Counsel for DNC: "[W]e could have voluntarily decided that, Look, we're gonna go into back rooms like they used to and smoke cigars and pick the candidate that way.  That's not the way it was done.  But they could have.  **And that would have also been their right**." (emphasis added)).  Judge Zloch took note of this on-the-record admission in his opinion dismissing the case.  *See Wilding v. DNC Servs. Corp.*, 2017 WL 6345492, *5 (S.D. Fla. Aug. 25, 2017) ("The Court does not accept this trivialization of the DNC's governing principles. While it may be true in the abstract that the DNC has the right to have its delegates 'go into back rooms like they used to and smoke cigars and pick the candidate that way,' [] the DNC, through its charter, has committed itself to a higher principle." (citation omitted)).

B E C K   &   L E E
8306 Mills Drive # 248  |  Miami, Florida 33183  |  305-234-2060

9.      Second, at least in part due to its success in revealing the depth of the DNC's disregard for its own charter obligation, the DNC Fraud Lawsuit inspired a vigorous social media discourse surrounding the issue of election integrity, including on Facebook and Twitter, frequently centered on the hashtag #DNCFraudLawsuit, and anticipating, by several years, the now-notorious issues arising out of the 2020 presidential election.  One of the United Kingdom's newspapers of record, The Guardian, took note of Beck & Lee's deployment of social media in aid of their David v. Goliath battle, including the divulgement of threats to the safety of plaintiffs' counsel and other participants in the DNC Fraud Lawsuit.  *See* James Williams, *Oath Keepers militia will attend Portland 'free speech' rally, says leader*, The Guardian (June 4, 2017) ("A Miami law firm, Beck and Lee, is suing the DNC over its treatment of Bernie Sanders during the Democratic primary last year.  The firm is run by a husband and wife team, Jared and Elizabeth Lee Beck. Jared Beck has used his Twitter account to demand closer investigation of the murder of a DNC staffer, Seth Rich, which has become the subject of rightwing conspiracy theories. Elizabeth Beck recently complained about death threats on Twitter.") *available at* https://www.theguardian.com/us-news/2017/jun/03/oath-keepers-militia-portland-free-speech-rally (last visited Jan. 10, 2023).

10.      Beck & Lee's use of social media was especially vital to the advocacy of their clients' cause, given the extraordinary extent to which coverage of the DNC Fraud Lawsuit was suppressed by the mainstream news.  *See* Paul Rosenberg, *What You Don't Know Can Hurt You: The 10 News Stories Most Ignored By the Mainstream Media*, Willamette Week (Oct. 11, 2017), *available at*  https://www.wweek.com/news/2017/10/11/what-you-dont-know-can-hurt-you-the-10-news-stories-most-ignored-by-the-mainstream-media/ (last visited Jan. 10, 2023) ("A key story about 2016 election has mostly been ignored by the media—a class action lawsuit alleging

that the Democratic National Committee broke legally binding neutrality agreements in the Democratic primaries by strategizing to make Hillary Clinton the nominee before a single vote was cast.").

11.      However, in January 2019, a vital component of Beck & Lee's social media advocacy on behalf of its clients, Mr. and Mrs. Beck's Twitter accounts (Twitter handles @jaredbeck and @eleebeck, respectively) – which at the time had over 30,000 followers combined – were permanently suspended.  As reported in Disobedient Media, at the time of Mr. Beck's suspension, he had recently "openly mocked the presidential bid of Kamala Harris.  He has been far from the only voice to raise concerns regarding Harris's candidacy."  Elizabeth Vos, *Twitter Suspends Jared Beck, Attorney For Plaintiffs In DNC Lawsuit*, Disobedient Media (Jan. 30, 2019) *available at*

https://web.archive.org/web/20190130221942/https://disobedientmedia.com/2019/01/twitter-suspends-jared-beck-attorney-for-plaintiffs-in-dnc-fraud-lawsuit/

12.      It is hardly surprising that criticism of Kamala Harris's candidacy was the trigger that ultimately brought down the censorious wrath of the DNC on Beck & Lee.  At the time of Mr. Beck's suspension, Harris's former press secretary, Nick Pacilio, was a senior communications manager at Twitter.  *See* Joseph Wulfsohn, *Former Kamala Harris press secretary is top Twitter communications official, announced removal of Trump clip*, Fox News (Aug. 12, 2020) *available at* https://www.foxnews.com/media/kamala-harris-nick-pacilio-twitter-communications-officer.

13.      Several days later, Mrs. Beck's Twitter account was permanently suspended.  Mr. and Mrs. Beck's accounts have remained permanently suspended continuously until the present.

14.     Regardless of whether Twitter had the contractual and/or statutory right to suspend Mr. and Mrs. Beck's Twitter accounts at the time, the general amnesty announced by Twitter's CEO on November 24, 2022, applies to them because Mr. and Mrs. Beck have never broken the law or engaged in egregious spam with their Twitter accounts, nor have they even been alleged to have done so.  Instead, they were suspended for engaging in political speech antagonistic to the establishment Democratic Party interests that largely directed Twitter's censorship policies prior to Musk's takeover, as Musk's own actions as CFO have revealed.

15.     Nonetheless, despite several requests for the reinstatement of their accounts made to Twitter's outside counsel, Mr. and Mrs. Beck have remained suspended.  As a result, they continue to be excluded from the digital town square, subjected to unwarranted attacks on their reputation and character with no ability to respond, and have been and continue to be significantly damaged in the ability to advocate for their clients in their chosen profession.  Moreover, the public sphere has been deprived of the voices of two tenacious advocates on a range of important political and social issues, of which election integrity is just one example.  There is no legitimate reason for why Mr. and Mrs. Beck's accounts should not be restored under Twitter's general amnesty policy, and no rationale has ever been supplied.

## JURISDICTION AND VENUE

16.     This is an action for damages and injunctive relief that exceed the value of $50,000.00, exclusive of interest, court costs, and attorneys' fees.

17.     Venue is proper in this County, where a substantial part of the events relevant to this action took place and where Defendant has targeted its conduct.  Furthermore, Plaintiff is a resident of this County.

B E C K   &   L E E
8306 Mills Drive # 248 | Miami, Florida 33183 | 305-234-2060

## PARTIES

18.     Plaintiff, Don't Tread On Us, LLC is a Florida limited liability company based in Miami, Florida.  Plaintiff is the assignee of all rights held by Jared H. Beck and Elizabeth Lee Beck pursuant to their respective contractual relationships with Twitter.

19.     Defendant, Twitter Inc. is a Delaware corporation headquartered in San Francisco, California.

## CAUSE OF ACTION

### (Breach of Contract)

20.     Plaintiff re-alleges paragraphs 1 through 19 above as if fully set forth herein.

21.     Both Jared Beck and Elizabeth Lee Beck have valid and enforceable contracts with Twitter.

22.     The contracts with Twitter allow Twitter the right to revise or modify their terms.

23.      On November 24, 2022, Twitter modified the terms of its contracts with Jared Beck and Elizabeth Lee Beck when it provided, through its CEO, "a general amnesty to suspended accounts, provided that they have not broken the law or engaged in egregious spam[.]"

24.     Despite the fact neither Mr. Beck nor Mrs. Beck have ever broken the law or engaged in egregious spam with their Twitter accounts, Twitter has failed to unsuspend Mr. Beck's account or Mrs. Beck's account, thus materially breaching its contracts with them.

25.     Twitter's breach is the proximate cause of damages to Mr. and Mrs. Beck.

26.     As the assignee of Mr. and Mrs. Beck's contractual rights with Twitter, Plaintiff has standing to sue Twitter for damages and injunctive relief.

B E C K   &   L E E
8306 Mills Drive # 248 | Miami, Florida 33183 | 305-234-2060

WHEREFORE, Plaintiff Don't Tread On Us, LLC prays for judgment against Defendant Twitter, Inc. for damages, injunctive relief, prejudgment and post-judgment interest, court costs, and all other relief as may be necessary and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury in this action on all issues so triable.

DATED: January __, 2023

RESPECTFULLY SUBMITTED,

By: _____

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
8306 Mills Drive #248
Miami, Florida 33183
Telephone:     (305) 234-2060
Facsimile:     (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

Counsel for Plaintiff