UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Case 1:23-cv-20943-KMM MOORE/LOUIS

DON'T TREAD ON US, LLC, a Florida limited liability company,

        Plaintiff,

v.

TWITTER, INC. a Delaware corporation,

        Defendant.

## AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant's undersigned counsel hereby files this Amended Disclosure statement on behalf of named Defendant Twitter, Inc. and its successor in interest, X Corp., and states as follows: Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation, incorporated in Nevada and with its principal place of business in San Francisco, California, and is thus a citizen of Nevada and California. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X. Corp. or X Holdings Corp.

        Respectfully submitted,

        /s/ Joshua C. Webb
        Joshua C. Webb (FBN: 051679)
        josh.webb@hwhlaw.com
        val@hwhlaw.com
        HILL, WARD & HENDERSON, P.A.
        101 E Kennedy Blvd., Suite 3700
        Post Office Box 2231
        Tampa, Florida 33601
        (813) 221-3900 (Telephone)
        (813) 221-2900 (Facsimile)
        *Attorneys for Defendant*

18086983v2