**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Civil Case 1:23-cv-20943-KMM MOORE/LOUIS**

DON'T TREAD ON US, LLC, a Florida
limited liability company,

        Plaintiff,

v.

TWITTER, INC. a Delaware corporation,

        Defendant.

**JOINT MOTION TO EXTEND TIME TO FILE JOINT SCHEDULING REPORT**

The parties, through their undersigned counsel, jointly move for an extension of time to file their Joint Scheduling Report, setting a new, agreed deadline of May 26, 2023. As grounds in support, the parties state as follows:

1.      Under the Court's Paperless Pretrial Order [D.E. 3], the parties' Joint Scheduling Report must be filed no later than May 18, 2023.

2.      Because Defendant's counsel is preparing for a trial in another action to begin on May 15, 2023, the parties require additional time to complete the report and therefore request an extension until and including May 26, 2023 to prepare and file their report.

3.      Under the circumstances, the brief extension of time requested will not prejudice any party and will afford counsel and the parties to meaningfully confer on the subjects needed to prepare their joint scheduling report and file it with the Court on or before May 26, 2023.

WHEREFORE, the parties respectfully request that this Court enter an Order granting this Joint Motion and extend the deadline for them to file their Joint Scheduling Report, up to and including May 26, 2023.

Respectfully submitted,

/s/Elizabeth Lee Beck
Elizabeth Lee Beck
Florida Bar No. 20697
BECK & LEE TRIAL LAWYERS
8306 Mills Drive #248
Miami, Florida 33183
Telephone: (305) 234-2060
Facsimile:   (786) 664-3334
 jared@beckandlee.com
elizabeth@beckandlee.com
Attorneys for Plaintiff

/s/Joshua C. Webb
Joshua C. Webb (FBN: 051679)
josh.webb@hwhlaw.com
val@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)
Attorneys for Defendant