CLOSED,LFL,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:23–cv–20943–KMM

| | |
|---|---|
| Don't Tread on Us, LLC v. Twitter, Inc. | Date Filed: 03/09/2023 |
| Assigned to: Judge K. Michael Moore | Date Terminated: 05/18/2023 |
| Referred to: Magistrate Judge Lauren Fleischer Louis | Jury Demand: Plaintiff |
| Case in other court:  11th Judicial Circuit Court, 23–001009–CA01 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity | Jurisdiction: Diversity |

**Plaintiff**

**Don't Tread on Us, LLC**
*a Florida limited liability company*

represented by **Elizabeth Lee Beck**
Beck & Lee Trial Lawyers
8306 Mills Dr. #248
Miami, FL 33183
305–234–2060
Email: elizabeth@beckandlee.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared H. Beck**
Beck & Lee Trial Lawyers
8306 Mills Dr. #248
Miami, FL 33183
305–234–2060
Email: jared@beckandlee.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Twitter, Inc.**
*a Delware Corporation*

represented by **Joshua Clark Webb**
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602
(813) 222–3165
Email: jwebb@hwhlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2023 | Ï 1 | NOTICE OF REMOVAL (STATE COURT COMPLAINT – Complaint and Demand for Jury Trial) Filing fee $ 402.00 receipt number AFLSDC–16411828, filed by TWITTER, INC.. (Attachments: # 1 Exhibit A – State Court Complaint, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)No Answer/Motion to Dismiss. (Webb, Joshua) Modified on 3/10/2023 (aao). (Entered: 03/09/2023) |
| 03/09/2023 | Ï 2 | Clerks Notice of Judge Assignment to Judge K. Michael Moore. |

Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lauren F. Louis is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (aao) (Entered: 03/10/2023)

| 03/10/2023 | Ï 3 | PAPERLESS PRETRIAL ORDER. This order has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this Order. It is further ORDERED that S.D. Fla. L.R. 16.1 shall apply to this case and the parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. However, if all defendants have not been served by the expiration of this deadline, Plaintiff shall move for an enlargement of time to hold the scheduling conference, not to exceed 90 days from the filing of the Complaint. Within ten (10) days of the scheduling conference, counsel shall file a joint scheduling report. Failure of counsel to file a joint scheduling report within the deadlines set forth above may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs. The parties should note that the time period for filing a joint scheduling report is not tolled by the filing of any other pleading, such as an amended complaint or Rule 12 motion. The scheduling conference may be held via telephone. At the conference, the parties shall comply with the following agenda that the Court adopts from S.D. Fla. L.R. 16.1: (1) Documents (S.D. Fla. L.R. 16.1.B.1 and 2) – The parties shall determine the procedure for exchanging a copy of, or a description by category and location of, all documents and other evidence that is reasonably available and that a party expects to offer or may offer if the need arises. Fed. R. Civ. P. 26(a)(1)(B). (a) Documents include computations of the nature and extent of any category of damages claimed by the disclosing party unless the computations are privileged or otherwise protected from disclosure. Fed. R. Civ. P. 26(a)(1)(C). (b) Documents include insurance agreements which may be at issue with the satisfaction of the judgment. Fed. R. Civ. P. 26(a)(1)(D). (2) List of Witnesses – The parties shall exchange the name, address and telephone number of each individual known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. Fed. R. Civ. P. 26(a)(1)(A). The parties have a continuing obligation to disclose this information. (3) Discussions and Deadlines (S.D. Fla. L.R. 16.1.B.2) – The parties shall discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. Failure to comply with this Order or to exchange the information listed above may result in sanctions and/or the exclusion of documents or witnesses at the time of trial. S.D. Fla. L.R. 16.1.I.<br><br>**The parties are hereby on notice that this Court requires all filings to be formatted in 12 point Times New Roman font and double spaced, including any footnotes, with one inch margins on all sides.** Failure to follow these formatting guidelines may result in the filing being stricken, any opposing filing being granted by default, and the imposition of other sanctions, including attorney's fees and costs. **Multiple Plaintiffs or Defendants shall file joint motions with co–parties unless there are clear conflicts of position.** If conflicts of position exist, parties shall explain the conflicts in their separate motions. Failure to comply with ANY of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the striking of the motion or dismissal of this action. **The parties shall seek extensions of time in a timely fashion.** "A motion for extension of time is not self–executing.... Yet, by filing these motions on or near the last day, and then sitting idle pending the Court's disposition of the motion, parties essentially grant their own motion. The Court will not condone this." Compere v. Nusret Miami, LLC, 2020 WL 2844888, at *2 (S.D. Fla. May 7, 2020) (internal citations omitted).<br><br>Pursuant to Administrative Order 2016–70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuit's Local Rules and Internal Operating Procedures, within three (3) days of the conclusion of a trial or other proceeding, parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non–documentary physical exhibits. The Parties are directed to comply with each of the requirements set forth in Administrative Order 2016–70 unless directed otherwise by the Court. |
|---|---|---|

| | | |
|---|---|---|
| | | Telephonic appearances are not permitted for any purpose. Upon reaching a settlement in this matter the parties are instructed to notify the Court by telephone and to file a Notice of Settlement within twenty–four (24) hours.<br><br>Signed by Judge K. Michael Moore on 3/10/2023. (rfr) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 4 | PAPERLESS ORDER REFERRING PRETRIAL DISCOVERY MATTERS TO MAGISTRATE JUDGE LAUREN F. LOUIS. PURSUANT to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above–captioned Cause is referred to United States Magistrate Judge Lauren F. Louis to take all necessary and proper action as required by law with respect to any and all pretrial discovery matters. Any motion affecting deadlines set by the Court's Scheduling Order is excluded from this referral, unless specifically referred by separate Order. It is FURTHER ORDERED that the parties shall comply with Magistrate Judge Lauren F. Louis's discovery procedures. Signed by Judge K. Michael Moore on 3/10/2023. (rfr) (Entered: 03/10/2023) |
| 03/15/2023 | Ï 5 | MOTION to Transfer by TWITTER, INC.. (Attachments: # 1 Exhibit 1)(Webb, Joshua) Modified Motion Relief on 3/16/2023 (jas). (Entered: 03/15/2023) |
| 03/15/2023 | Ï 6 | MOTION TO DISMISS 1 Notice of Removal (State Court Complaint), FOR FAILURE TO STATE A CLAIM by TWITTER, INC.. Responses due by 3/29/2023 (Attachments: # 1 Exhibit 1)(Webb, Joshua) (Entered: 03/15/2023) |
| 03/15/2023 | Ï 7 | Clerk's Notice to Filer re 5 Motion for Miscellaneous Relief. **Filer Selected the Wrong Motion Relief(s)**; ERROR – The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (jas) (Entered: 03/16/2023) |
| 03/16/2023 | Ï 8 | Corporate Disclosure Statement by Twitter, Inc. identifying Corporate Parent X Holdings I, Inc. for Twitter, Inc. (Webb, Joshua) (Entered: 03/16/2023) |
| 03/28/2023 | Ï 9 | Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement – NONE disclosed by Don't Tread on Us, LLC (Beck, Jared) (Entered: 03/28/2023) |
| 03/28/2023 | Ï 10 | Plaintiff's MOTION to Remand to State Court *Based on Lack of Subject–Matter Jurisdiction*, Plaintiff's MOTION for Attorney Fees *and Costs Caused by Improvident Removal* ( Responses due by 4/11/2023) by Don't Tread on Us, LLC. (Attachments: # 1 Declaration of Jared Beck in Support of Plaintiff's Motion to Remand)(Beck, Jared) (Entered: 03/28/2023) |
| 03/29/2023 | Ï 11 | RESPONSE in Opposition re 6 MOTION TO DISMISS 1 Notice of Removal (State Court Complaint), FOR FAILURE TO STATE A CLAIM filed by Don't Tread on Us, LLC. Replies due by 4/5/2023. (Beck, Jared) (Entered: 03/29/2023) |
| 03/29/2023 | Ï 12 | RESPONSE in Opposition re 5 Motion to Transfer and Incorporated Memorandum of Law filed by Don't Tread on Us, LLC. Replies due by 4/5/2023. (Beck, Jared) (Entered: 03/29/2023) |
| 04/05/2023 | Ï 13 | Amended Corporate Disclosure Statement by Twitter, Inc. identifying Corporate Parent X Holdings Corp., Other Affiliate X Corp. for Twitter, Inc. (Webb, Joshua) (Entered: 04/05/2023) |
| 04/05/2023 | Ï 14 | REPLY to Response to Motion re 5 Motion to Transfer and Incorporated Memorandum of Law filed by Twitter, Inc.. (Webb, Joshua) (Entered: 04/05/2023) |
| 04/05/2023 | Ï 15 | REPLY to Response to Motion re 6 MOTION TO DISMISS 1 Notice of Removal (State Court Complaint), FOR FAILURE TO STATE A CLAIM filed by Twitter, Inc.. (Webb, Joshua) (Entered: 04/05/2023) |
| 04/11/2023 | Ï 16 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 10 Plaintiff's MOTION to Remand to State Court *Based on Lack of Subject−Matter Jurisdiction*Plaintiff's MOTION for Attorney Fees *and Costs Caused by Improvident Removal* filed by Twitter, Inc.. Replies due by 4/18/2023. (Webb, Joshua) (Entered: 04/11/2023) |
| 04/18/2023 | Ï 17 | Plaintiff's REPLY to Response to Motion re 10 Plaintiff's MOTION to Remand to State Court *Based on Lack of Subject−Matter Jurisdiction*Plaintiff's MOTION for Attorney Fees *and Costs Caused by Improvident Removal* filed by Don't Tread on Us, LLC. (Attachments: # 1 Exhibit 1 (E. Beck Declaration))(Beck, Jared) (Entered: 04/18/2023) |
| 05/12/2023 | Ï 18 | Joint MOTION for Extension of Time to File Joint Scheduling Report re 3 Pretrial Order,,,,,,,,,,,,,,,,,,,,, by Twitter, Inc.. Responses due by 5/26/2023 (Webb, Joshua) (Entered: 05/12/2023) |
| 05/12/2023 | Ï 19 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the Motion for Extension of Time. 18 . UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion for Extension of Time 18 is GRANTED. The Parties shall file the joint scheduling report on or before May 26, 2023. Signed by Judge K. Michael Moore (rfr) (Entered: 05/12/2023) |
| 05/12/2023 | Ï | Reset Deadlines: Joint Scheduling Report due by 5/26/2023 (ls)(per DE #19) (Entered: 05/12/2023) |
| 05/18/2023 | Ï 20 | ORDER ON MOTION TO TRANSFER. (Closing Case). Defendants' Motion to Transfer to the Northern District of California (ECF No. 64) is GRANTED.The above−captioned case is hereby TRANSFERRED to the Northern District of California. This Case Must Be Transferred to the Northern District of California Pursuant to the Forum−Selection Clause in Twitter's User Agreement.The Clerk of Court is hereby INSTRUCTED to TRANSFER the docket and record of the above−captioned case to the Clerk of Court for the Northern District of California.The Clerk of Court is INSTRUCTED to CLOSE this case. All pending motions, if any, are DENIED AS MOOT. Motions terminated: 10 Plaintiff's MOTION to Remand to State Court *Based on Lack of Subject−Matter Jurisdiction*Plaintiff's MOTION for Attorney Fees *and Costs Caused by Improvident Removal* filed by Don't Tread on Us, LLC, 6 MOTION TO DISMISS 1 Notice of Removal (State Court Complaint), FOR FAILURE TO STATE A CLAIM filed by Twitter, Inc., 5 Motion to Transfer and Incorporated Memorandum of Law filed by Twitter, Inc.. Signed by Judge K. Michael Moore on 5/18/2023. *See attached document for full details.* (nan) (Entered: 05/19/2023) |