1  Kenneth M. Trujillo-Jamison (Bar No. 280212)
   ktrujillo-jamison@willenken.com
2  WILLENKEN LLP
3  707 Wilshire Blvd., Suite 3850
   Los Angeles, California 90017
4  Telephone:  (213) 955-9240
   Facsimile:  (213) 955-9250
5
6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | DON'T TREAD ON US, LLC, a Florida limited liability company, | Case No.: 4:23-CV-02461 |
|----|---|---|
| 12 | | Hon. Kandis A. Westmore |
| 13 | Plaintiff, | **NOTICE OF APPEARANCE OF KENNETH M. TRUJILLO-JAMISON** |
| 14 | v. | |
| 15 | TWITTER, INC., a Delaware corporation, | |
| 16 | Defendants. | Complaint Filed: May 19, 2023 |

17
18
19
20
21
22
23
24
25
26
27
28

1  NOTICE IS HEREBY GIVEN that Kenneth M. Trujillo-Jamison of Willenken LLP, 707
2  Wilshire Blvd., Suite 3850, Los Angeles, CA 90017, Tel: (213) 955-9240, e-mail address:
3  ktrujillo-jamison@willenken.com, is counsel in this matter for defendant X Corp., as successor
4  in interest to named defendant Twitter, Inc. All future ECF filings in this matter should also be
5  served on Kenneth M. Trujillo-Jamison.

Respectfully submitted,

Dated:  May 30, 2023                WILLENKEN LLP

By:   */s/ Kenneth M. Trujillo-Jamison*
      Kenneth M. Trujillo-Jamison
      *Attorneys for Defendant*