AO 136 (Rev. 10/13) Certificate of Good Standing



UNITED STATES DISTRICT COURT

for the

**Middle District of Florida**

**CERTIFICATE OF GOOD STANDING**

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Joshua C. Webb**, Florida Bar # **0051679**, was duly admitted to practice in this Court on **October 31, 2008**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on May 26, 2023.



Elizabeth M. Warren

*Clerk of Court*