# Exhibit 2

**BECK & LEE TRIAL LAWYERS**
ELIZABETH LEE BECK (CA Bar No. 233742)
elizabeth@beckandlee.com
8306 Mills Drive, #248
Miami, Florida 33183
Tel:    305-234-2060
Fax:   786-664-3334

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DON'T TREAD ON US, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>        Defendant. | Case No.: 4:23-cv-02461-JD<br><br>**DECLARATION OF ELIZABETH LEE BECK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR STAY PENDING OUTCOME OF MANDAMUS PROCEEDING IN ELEVENTH CIRCUIT COURT OF APPEALS**<br><br>Judge:           Hon. James Donato |

1

I, Elizabeth Lee Beck, hereby declare that:

1. I am over the age of 18, and if called as a witness, I could testify competently to the matters set forth herein. I am counsel to Plaintiff Don't Tread on Us, LLC ("Plaintiff") in this action, and I make this Declaration based upon my personal knowledge.

2. I submit this Declaration in support of Plaintiff's Administrative Motion For Stay Pending Outcome of Mandamus Proceeding in Eleventh Circuit Court of Appeals (the "Motion") under Civil Local Rule 7-11(a).

3. On May 30, 2023, I conferred with Twitter's counsel, Joshua Webb, regarding Plaintiff's intention to seek a stay pending the outcome of Plaintiff's mandamus petition in the Eleventh Circuit. Mr. Webb indicated that Twitter would oppose the request.

.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2023 in Miami, Florida.

                                                /s/ Elizabeth Lee Beck
                                                  Elizabeth Lee Beck