# Exhibit 3

**BECK & LEE TRIAL LAWYERS**
ELIZABETH LEE BECK (CA Bar No. 233742)
elizabeth@beckandlee.com
8306 Mills Dr., #248
Miami, Florida 33183
Tel:    305-234-2060
Fax:    786-664-3334

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DON'T TREAD ON US, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>        Defendants. | CASE NO.: 4:23-CV-02461-JD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR STAY PENDING OUTCOME OF MANDAMUS PROCEEDING IN ELEVENTH CIRCUIT COURT OF APPEALS**<br><br>Judge:         Hon. James Donato |

1

The Court, having read and considered Plaintiff's Administrative Motion for Stay Pending Outcome of Mandamus Proceeding in Eleventh Circuit Court of Appeals, and finding good cause, hereby orders as follows:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion is GRANTED;

2. The action is stayed pending the Eleventh Circuit's ruling on Plaintiff's mandamus petition in *In re: Don't Tread on Us, LLC*, Case No. 23-11681 (11th Cir. May 22, 2023).

**IT IS SO ORDERED.**

Date: _____        _____
                                     Hon. James Donato
                                     United States District Judge