1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON'T TREAD ON US, LLC, a Florida limited liability company, | |
| Plaintiff, | Case No.: 3:23-CV-02461-JD |
| v. | Complaint Filed: May 19, 2023 |
| TWITTER, INC., a Delaware corporation, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Having considered the parties' briefing on Defendant's Motion to Dismiss Plaintiff's Complaint Under Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss"), and having [heard oral argument] [decided the matter on the papers], it is hereby **ORDERED** that:

1. Defendant's Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6), filed concurrently, is **GRANTED**;

2. Defendant's Motion to Dismiss is **GRANTED**; and

3. Plaintiff's Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED**

Dated: _____          _____
                                        Hon. James Donato
                                        United States District Judge