1 | Joshua C. Webb (Florida Bar No. 051679)
(*pro hac vice* pending*)*
2 | josh.webb@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
3 | 101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33601
4 | Telephone:  (813) 221-3900
Facsimile:   (813) 221-2900
5 |
6 | Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
7 | WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
8 | Los Angeles, California 90017
Telephone:  (213) 955-9240
9 | Facsimile:   (213) 955-9250
10 |
11 | Attorneys for Defendant
Twitter, Inc.
12 |

13 |                UNITED STATES DISTRICT COURT

14 |              NORTHERN DISTRICT OF CALIFORNIA

15 |

| | |
|---|---|
| DON'T TREAD ON US, LLC, a Florida limited liability company, | Case No.: 3:23-CV-02461-JD |
| | Hon. James Donato |
| Plaintiff, | |
| v. | **DECLARATION OF KENNETH M. TRUJILLO-JAMISON IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |
| TWITTER, INC., a Delaware corporation, | |
| Defendants. | [Notice of Motion and Motion to Dismiss, and Memorandum of Points & Authorities in Support Thereof; Defendant's Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6); and Proposed Order filed concurrently] |
| | Date:        July 13, 2023<br>Time:        10:00 a.m.<br>Ctrm:        11 |
| | Complaint Filed: May 19, 2023 |

Case No.: 3:23-cv-02461-JD

1    I, Kenneth M. Trujillo-Jamison, declare as follows:

2    1.    I am an attorney at the law firm of Willenken LLP, counsel of record for

3    Defendant Twitter, Inc. in this matter.

4    2.    I make this declaration in support of Defendant's Request for Judicial Notice in

5    Support of Its Motion to Dismiss, filed concurrently.

6    3.    **Exhibit A** is a true and correct copy of the archived version of Twitter's User

7    Agreement as it existed when Jared H. Beck's ("Mr. Beck") and Elizabeth Lee Beck's ("Mrs.

8    Beck's") Twitter accounts were allegedly suspended, *available at*

9    https://web.archive.org/web/20190101023403/https://cdn.cms-

10   twdigitalassets.com/content/dam/legal-twitter/site-assets/privacy-policy-new/Privacy-Policy-

11   Terms-of-Service_EN.pdf (last visited June 1, 2023),

12   I declare under penalty of perjury that the foregoing is true and correct.

13

14   Dated:  June 2, 2023                        */s/ Kenneth M. Trujillo-Jamison*
                                                  Kenneth M. Trujillo-Jamison
15

16

17

18

19

20

21

22

23

24

25

26

27

28