UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON'T TREAD ON US, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 3:23-CV-02461-JD<br><br>Complaint Filed: May 19, 2023 |

**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR STAY PENDING OUTCOME OF MANDAMUS PROCEEDING IN ELEVENTH CIRCUIT COURT OF APPEALS**

Having considered the parties' briefing on Plaintiff's Administrative Motion for Stay Pending Outcome of Mandamus Proceeding in Eleventh Circuit Court of Appeals (Dkt. No. 29) ("Motion"), and having [heard oral argument] [deciding the matter on the papers], it is hereby **ORDERED** that:

1. The Motion is DENIED.

**IT IS SO ORDERED**

Dated: _____    _____
                                                                Hon. James Donato
                                                                United States District Judge