Joshua C. Webb (Florida Bar No. 051679)
(*pro hac vice* pending*)*
josh.webb@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33601
Telephone:  (813) 221-3900
Facsimile:   (813) 221-2900

Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON'T TREAD ON US, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 3:23-CV-02461<br><br>Hon. James Donato<br><br>**NOTICE OF ERRATA REGARDING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR JOSHUA C. WEBB (DKT. 28)**<br><br>Complaint Filed: May 19, 2023 |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that, on May 31, 2023, Joshua C. Webb, counsel for defendant Twitter, Inc., submitted his Application for Admission of Attorney Pro Hac Vice (Dkt. 28). During that submission, Plaintiff was inadvertently selected as the party with whom Mr. Webb is affiliated. Please let the record reflect that Mr. Webb is appearing as counsel for Defendant Twitter, Inc. and not for Plaintiff.

Respectfully submitted,

Dated: June 6, 2023

HILL, WARD & HENDERSON, P.A.

By:  /s/ Joshua C. Webb
        Joshua C. Webb

WILLENKEN LLP
Kenneth M. Trujillo-Jamison
ktrujillo-jamison@willenken.com

*Attorneys for Defendant*
*Twitter, Inc.*

**ECF ATTESTATION**

Under Local Rule 5-1(h)(3), I, Kenneth M. Trujillo-Jamison, hereby attest that Joshua C. Webb, the signatory to Defendant's Notice of Errata Regarding Application For Admission of Attorney Pro Hac Vice For Joshua C. Webb, has concurred in its filing.

Dated: June 6, 2023                    By:   */s/ Kenneth M. Trujillo-Jamison*
                                              Kenneth M. Trujillo-Jamison