**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DON'T TREAD ON US, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendants. | CASE NO.: 4:23-CV-02461-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND BASED ON LACK OF SUBJECT-MATTER JURISDICTION AND REQUEST FOR ATTORNEYS' FEES AND COSTS CAUSED BY IMPROVIDENT REMOVAL** |

1

*Don't Tread on Us, LLC v. Twitter, Inc.*, Case No. 4:23-cv-2461-JD
[Proposed] Order Granting Plaintiff's Motion to Remand

The Court, having read and considered Plaintiff's Motion to Remand Based on Lack of Subject-Matter Jurisdiction snd Request for Attorneys' Fees and Costs Caused by Improvident Removal, and finding good cause, hereby orders as follows:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion is GRANTED;

2. The action is remanded to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

3. Plaintiff is granted its attorneys' fees and costs incurred as a result of the improper removal, in an amount to be determined by the Court.

**IT IS SO ORDERED.**

Date: _____    _____
Hon. James Donato
United States District Judge

2

*Don't Tread on Us, LLC v. Twitter, Inc.*, Case No. 4:23-cv-2461-JD
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND