**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DON'T TREAD ON US, LLC,

      Plaintiff,

v.

TWITTER, INC.,

      Defendants.

CASE NO.: 4:23-CV-02461-JD

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT**

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having read and considered Defendant's Motion to Dismiss Complaint Under Fed. R. Civ. P. 12(b)(6), and finding good cause, hereby orders as follows:

**IT IS HEREBY ORDERED THAT:**

Twitter's motion to dismiss is denied.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. James Donato
United States District Judge

2