# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-20943-KMM MOORE/LOUIS

DON'T TREAD ON US, LLC,

    Plaintiff,

vs.

TWITTER, INC.,

    Defendant.

_____/

**DECLARATION OF ELIZABETH LEE BECK IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND**

    1.    My name is Elizabeth Lee Beck. I am over the age of eighteen (18) years, and if called upon to testify, I could do so based on my personal knowledge of the following facts, which facts are true.

    2.    I am a co-managing partner of Beck & Lee P.A. ("Beck & Lee"), which is counsel to Plaintiff Don't Tread On Us, LLC ("Plaintiff") in this action. I make this declaration in support of Plaintiff's Motion to Remand Based on Lack of Subject-Matter Jurisdiction and Request for Attorneys' Fees and Costs Caused By Improvident Removal.

    3.    The Twitter accounts at issue in this action were primarily used by Jared Beck and me to comment on social and political issues as well as for public advocacy in connection with one case in particular, *Wilding v. DNC Services Corp.*, 941 F.3d 1116 (11th Cir. 2019), *cert denied by Wilding v. DNC Servs. Corp*. The *Wilding* case did not result in a favorable judgment

1

or settlement for the plaintiffs; Beck & Lee and its co-counsel earned no compensation from the matter and ended up losing their out-of-pocket costs.

4. In its Response in Opposition to Plaintiff's Motion to Remand, Twitter claims that Plaintiff's counsel's response to an email from Twitter's counsel requesting documents without propounding a discovery request somehow impeded Twitter's ability to confer with Plaintiff regarding the amount in controversy. But not only did I provide Twitter's counsel with these documents (which are attached as Exhibits A and B to the previously filed Declaration of Jared H. Beck), I subsequently conferred by telephone, on March 2, 2023, with Twitter's counsel, Joshua Webb, at Mr. Webb's request. Not once did Mr. Webb raise the issue of the amount in controversy or the quantity of damages sought by Plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated April 18, 2023

/s/ Elizabeth Lee Beck

Elizabeth Lee Beck

2